No. 96–5162. RAMIREZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–5163. ADAMS v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 96–5165. SHELTON v. GUDMANSON, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 96–5166. SMALLWOOD v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–5167. SCOTT v. TANSY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 96–5168. ISHIKAWA v. CITY OF NEW YORK DEPARTMENT OF CULTURAL AFFAIRS. C. A. 2d Cir. Certiorari denied.

No. 96–5169. GONZALEZ LOPEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–5170. MORRIS ET UX. v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–5171. MILLS v. LOUISIANA. Ct. App. La., 5th Cir. Certiorari denied.

No. 96–5172. LUNA v. WALTON ET AL. Sup. Ct. Ohio. Certiorari denied.

No. 96–5173. JHAVERI v. MURO. Ct. App. Cal, 5th App. Dist. Certiorari denied.

No. 96–5174. TEMPLE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–5175. WILSON v. PRUNTY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 96–5176. THOMPSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–5177. MARTEL v. NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied.